UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNNIE E. BANKS #17117-084,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-01043<br>SEC P |
| VERSUS | JUDGE DRELL |
| USA, ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 16), and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 17), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition (ECF No. 7)[1] is DISMSSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits.

THUS, DONE AND SIGNED in Chambers in Alexandria, Louisiana, this 7th day of March 2021.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

---

[1] The Petition is duplicative of the one filed by Banks in 1:20-CV-00990, which has also been dismissed for lack of jurisdiction. ECF No. 19.